## Projected Cash Flow
## Case No. 19-11500

| | 2019 Nov/Dec | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| J. Gorski yearly gross wages | 36,000 | 200,000 | 210,000 | 220,000 | 230,000 | 240,000 |
| Social Security | 3,026 | 36,312 | 36,812 | 39,312 | 39,812 | 40,300 |
| Rental Income | 1,200 | 7,200 | 3,850 | - | - | - |
| Sale of Properties | | | 1,559,000 | | | |
| **SUBTOTAL** | **40,226** | **243,512** | **1,809,662** | **259,312** | **269,812** | **280,300** |
| | | | | | | |
| **LESS DEDUCTIONS** | 1,836 | 16,965 | 16,965 | 16,965 | 16,965 | 16,965 |
| Taxes | 2,978 | 27,518 | 29,518 | 31,518 | 33,000 | 36,000 |
| **SUBTOTAL-DEDUCTIONS** | **4,814** | **44,483** | **46,483** | **48,483** | **49,965** | **52,965** |
| | | | | | | |
| **TOTAL NET INCOME** | **35,412** | **199,029** | **1,763,179** | **210,829** | **219,847** | **227,335** |
| **EXPENSES** | | | | | | |
| Class 1: Bank of New York Mtg | 13,331 | 54,000 | 375,900 | | | |
| Class 2: SunTrust Bank | 700 | 4,200 | 30,910 | | | |
| Class 3: Daniel Kohn Trust | Tradeways | Tradeways | 600,000 | Tradeways | Tradeways | Tradeways |
| Class 4: IRS Secured Claim | | 24,000 | 138,453 | | | |
| Class 5: Dept of Labor | Tradeways | Tradeways | Tradeways | Tradeways | Tradeways | Tradeways |
| Class 6: General Unsecureds | | 7,980 | 7,980 | 7,980 | 7,980 | 7,980 |
| U.S. Trusee Fees | 650 | 2,600 | 16,000 | - | - | - |
| Priority Comptroller | | 18,000 | 36,000 | - | - | - |
| Priority IRS | | 30,000 | 400,000 | 85,000 | 95,000 | 50,000 |
| Home Rent Expenses | - | - | 12,000 | 30,000 | 32,000 | 34,000 |
| Insurance | 800 | 6,000 | 6,500 | 6,800 | 6,950 | 7,100 |
| Utilities | 1,000 | 11,000 | 9,000 | 6,000 | 7,000 | 8,000 |
| Home Maintenance | 1,000 | 6,000 | 3,000 | 3,200 | 3,600 | 3,800 |
| Food | 1,500 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 |
| Clothing/Laundry | 160 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 |
| Transportation | 300 | 3,560 | 3,560 | 3,560 | 3,560 | 3,560 |
| Legal/Professional Fees | 10,000 | 15,000 | 17,000 | 19,000 | 21,000 | 25,000 |
| Medical | 1,000 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 |
| Capital Gains Taxes | | | 60,000 | | | |
| TOTAL EXPENSES | 30,441 | 203,940 | 1,737,903 | 183,140 | 198,690 | 161,040 |

1

## Projected Cash Flow
## Case No. 19-11500

| | | | | | | |
|---|---|---|---|---|---|---|
| NET INCOME AFTER EXPENSES | 4,971 | (4,911) | 25,276 | 27,689 | 21,157 | 66,295 |

Projected Cash Flow
Case No. 19-11500

| TOTALS |
|---:|
| 896,000 |
| 155,274 |
| 12,250 |
| 1,559,000 |
| 2,622,524 |
| |
| 69,696 |
| 124,532 |
| **194,228** |
| |
| **2,428,296** |
| |
| 443,231 |
| 35,810 |
| 600,000 |
| 162,453 |
| |
| 39,900 |
| 19,250 |
| 54,000 |
| 660,000 |
| 108,000 |
| 27,050 |
| 34,000 |
| 16,800 |
| 39,900 |
| 19,360 |
| 18,100 |
| 82,000 |
| 29,800 |
| 60,000 |
| 2,354,114 |

Projected Cash Flow
Case No. 19-11500

74,182