IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| Joseph G. Gorski | * | Case No.: 19-11500-DER |
| | * | Chapter 11 |
| Debtor. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATUS REPORT IN CONNECTION WITH HEARING ON
DISCLOSURE STATEMENT**

Joseph Gorski, Debtor and Debtor-in-Possession, by and through undersigned counsel, files this Status Report in Connection with Hearing on Disclosure Statement and, in support thereof, states as follows:

1. On February 4, 2019, the Debtor commenced this case by filing a voluntary petition under Chapter 11 of this United States Bankruptcy Code ("Code"). Since the Petition Date, the Debtor has remained in possession of his property and has continued to manage his affairs as a debtor-in-possession pursuant to §§1107 and 1108 of the Code.

2. On October 31, 2019, the Debtor filed his Disclosure Statement and Chapter 11 Plan of Reorganization.

3. A hearing on the Debtor's Disclosure Statement is scheduled on January 15, 2020 at 3:00 p.m.

4. The United States Trustee [Docket No. 65] and the Bank of New York Mellon Trust Company [Docket No. 71] have filed objections to the Debtor's Disclosure Statement.

5. Attached hereto is a red-line of a *proposed* Restated Disclosure Statement that attempts to address the foregoing objections.

6. The Debtor files the red-line of a *proposed* Restated Disclosure Statement so that creditors and parties-in-interest are apprised of revisions the Debtor intends to present at the

January 15, 2020 hearing.

        Respectfully submitted,

        MCNAMEE, HOSEA, JERNIGAN, KIM
        GREENAN & LYNCH, P.A.

        **/s Steven L. Goldberg**
        Steven L. Goldberg (Fed No. 28089)
        Christopher L. Hamlin (Fed. No. 04597)
        6411 Ivy Lane, Suite 200
        Greenbelt, Maryland  20770
        (301) 441-2420
        Attorneys for Joseph Gorski, Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **14th day of January, 2020**, a copy of the foregoing Status Report has been served on the following:

**By Electronic Mail:**

- Katherine.a.levin@usdoj.gov    lynn.a.kohen@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.BA.ECF@USDOJ.GOV
- Nikita Joshi  bankruptcy@bww-law.com
- Dominique Sinesi Sinesi.dominique@dol.gov
- Jonathan Wall jwall@hwlaw.com

                                      **/s/ Steven L. Goldberg**
                                      Steven L. Goldberg