## Projected Cash Flow
## Case No. 19-11500

|  | 2020 (June-Dec) | 2021 | 2022 | 2023 | 2024 | 2025 (thru Dec) | TOTALS |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| Annual wages AND draws | 100,000 | 210,000 | 215,000 | 220,000 | 225,000 | 113,000 | 1,083,000 |
| Social Security | 18,156 | 36,812 | 39,312 | 39,812 | 40,300 | 20,150 | 194,542 |
| Rental Income | 4,113 | 8,226 | 8,226 | | | | 20,565 |
| Avoidance Actions | 7,500 | | | | | | 7,500 |
| Sale of Properties | | | 1,564,000 | | | | 1,564,000 |
| **SUBTOTAL** | 129,769 | 255,038 | 1,826,538 | 259,812 | 265,300 | 133,150 | 2,869,607 |
| Taxes | 16,500 | 29,518 | 32,469 | 35,718 | 39,289 | 21,608 | 175,102 |
| **SUBTOTAL-DEDUCTIONS** | 16,500 | 29,518 | 32,469 | 35,718 | 39,289 | 21,608 | 175,102 |
| **TOTAL NET INCOME** | 113,269 | 225,520 | 1,794,069 | 224,094 | 226,011 | 111,542 | 2,694,505 |
| **EXPENSES** | | | | | | | |
| Class 1: Bank of New York Mtg | 27,000 | 54,000 | 349,000 | | | | 430,000 |
| Class 2: SunTrust Bank | 2,100 | 4,200 | 26,710 | | | | 33,010 |
| Class 3: Daniel Kohn Trust | Tradeways | Tradeways | 600,000 | Tradeways | Tradeways | Tradeways | 600,000 |
| Class 4: IRS Secured Claim | 12,000 | 24,000 | 129,000 | | | | 165,000 |
| Class 5: Dept of Labor | Tradeways | Tradeways | Tradeways | Tradeways | Tradeways | Tradeways | |
| Class 6: General Unsecureds | 8,000 | 30,000 | 60,000 | 30,000 | 30,000 | 15,000 | 173,000 |
| U.S. Trusee Fees | 1,625 | 1,625 | - | - | - | - | 3,250 |
| Priority Comptroller | 7,200 | 14,400 | 16,500 | 21,500 | - | - | 59,600 |
| Priority IRS | 7,200 | 14,400 | 460,000 | 75,000 | 115,000 | - | 671,600 |
| Home Rent Expenses | - | | 15,000 | 32,000 | 34,000 | 17,000 | 98,000 |
| Insurance (Car and Real Props) | 2,500 | 5,300 | 5,600 | 5,900 | 6,200 | 3,100 | 28,600 |
| Utilities | 2,200 | 4,600 | 4,800 | 5,000 | 5,200 | 2,600 | 24,400 |
| Home Maint./Improvements | 2,500 | 5,000 | 10,000 | 1,500 | 1,800 | 2,160 | 22,960 |
| Food | 4,300 | 8,600 | 8,600 | 8,600 | 8,600 | 4,300 | 43,000 |
| Clothing/Laundry | 2,400 | 4,800 | 4,800 | 4,800 | 4,800 | 2,400 | 24,000 |
| Transportation | 1,780 | 3,560 | 5,000 | 5,500 | 6,400 | 3,200 | 25,440 |
| Legal/Professional Fees | New Value | 9,000 | 10,800 | 11,960 | 13,450 | 6,725 | 51,935 |
| Medical and Medical Insurance | 3,600 | 7,920 | 8,712 | 9,583 | 10,541 | 5,270 | 45,626 |
| Miscellaneous | 3,000 | 6,300 | 6,450 | 6,600 | 6,765 | 3,390 | 32,505 |
| Capital Gains Taxes | | | 60,000 | | | | 60,000 |
| **TOTAL EXPENSES** | 87,405 | 197,705 | 1,780,972 | 217,943 | 242,756 | 65,145 | 2,591,926 |

1

Projected Cash Flow
Case No. 19-11500

| NET INCOME AFTER EXPENSES | 24,369 | 27,815 | 13,097 | 6,151 | 46,397 | 117,829 |