## Exhibit C to Disclosure Statement

## Tradeways' Active / Pending Transactions

The following is schedule of active orders and orders in the Pipeline.   Tradeways has been working on the majority of these transactions for years.

| Customer[1] | Product | Approx. Gross Profit | Timing | Probability |
|---|---|---|---|---|
| Public | Mass Spectrometers | $670,000 | Q12020 | 100%[2] |
| Public | Mass Spectrometers | $518,126 | 2020 | 100%[3] |
| Public | Mass Spectrometers | $1,462,944 | 2021 | 100%[4] |
| Public | Aircrew Ensemble F15/F16 | $1,000.000 | 2020 | 80%[5] |
| Public | Aircrew Ensemble KFX | $1,000,000 | 2024 | 70% |
| Public | Detectors | $100,000 | 2020 | 90% |
| Public | Escape Masks | $243,000 | 2020 | 70% |
| Public | Aircrew Ensemble | $1,000,000 | 2021-2022 | 50% |
| Public | Detectors | $616,000 | 2020 | 70% |
| Public | Misc. Equipment | $600,000 | 2020-2021 | 70% |
| Public | Lab Equipment | $500,000<br>$7,710,070 | 2020-2021 | 70% |

Tradeways also has a number of smaller transactions in the pipeline in Japan, Taiwan, Singapore, India, Qatar, Sweden, Croatia and the Netherlands, which are expected to mature between 2021 and 2024.

---

[1] For confidentiality reasons, the name of the customer has been redacted and replaced with a designation as to whether the customer is a "public" or "private" entity.
[2] The Order was received in January, 2020.
[3] The Order was placed for $518,126.00, and will be shipped in 2020.
[4] The Order was placed and will be shipped in 2021.
[5] A final meeting as scheduled in February, but was cancelled due to Covid 19 / Coronavirus.