**DEBTOR:** Joseph G Gorski                     **CASE NUMBER:** 19-11500-DER

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT - CHAPTER 11          ☐ Check if this is an
INDIVIDUAL DEBTORS                                 amended report.

COVER SHEET AND QUESTIONNAIRE - FORM 3

**For Period from:** 3-1-20 **to** 3-31-20

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. **Bank Statements for All Bank Accounts <u>open during any day during the period</u>**
   (remember to redact all but the last four digits of bank account number)

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| Question | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | ✓ | |
| 1a. If no, explain. | | |
| 2. Are all insurance policies current and in effect? | ✓ | |
| 2a. If no, explain.** | | |
| 3. Have all <u>post petition</u> taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | ✓ | |
| 3a. If no, explain.** | | |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | ✓ |
| 5a. If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? | | ✓ |
| 7a. If yes, when will they be closed? | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 4-15-2020       **Signature (Debtor):** /s/ J. B. York
                                **Print name:** Joseph G Gorski

                                **Signature (Co-Debtor):**
                                **Print name:**

PAGE 1
Rev. 2017-04

Individual MOR 2017-04(form).xlsx

**DEBTOR:** Joseph G Gorski    **CASE NUMBER:** 19-11500-DER

**For Period from:** 3-1-20 **to** 3-31-20

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

1. **Beginning Cash Balance** $ 48,852 (1) A
2. **Cash Receipts**
   - Wages $ 7478.23
   - Sole Proprietorship Revenues
   - Draws from owned entities other than Sole Prop   1,000.00
   - Rental Income
   - Other  Social Security   3309.50
   - Other  Misc   63.13
   - Total Cash Receipts for the month   $ 11,850.86   0.00   B
3. **Cash Disbursements**
   - Primary residence: Rent or home mortgage payment $ 10,430.91
   - Utilities and Communication related Expenses   373.41
   - Home maintenance (repairs/upkeep/association dues)   1127.00
   - Food / Groceries / Housekeeping supplies   690.00
   - Restaurants/Entertainment/Recreation
   - Clothing / Laundry / Personal Care   40.00
   - Charitable and Religious Contributions
   - Insurance payments   121.67
   - Installment payments (including car payments)
   - Transportation related (gas, parking, tolls)   231.69
   - Alimony, maintenance, support of others
   - Legal / Professional Fees / U.S. Trustee Fees   5,000.00
   - Sole Proprietorship Expenses
   - Rental Property related: mortgages / expenses / repairs
   - Other  Reimbursable Business Expenses   230.50
   - Other  Medical   436.28
   - Other
   - Other
   - Miscellaneous   282.09
   - Total Cash Disbursements for the month   $ 18,933.55   0.00   C
4. **Net Cash Flow for Month**
   (Total Cash Receipts less Total Cash Disbursements)   (B - C) (-7,082.69)   0.00   D
5. **Ending Cash Balance**   (A + D) $ 41,769.31   0.00   E

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| Total Disbursements for the Month (from above) | 18,933.55 | 0.00 |
| Add: Any amounts paid on behalf of the debtor by others | 0 | |
| Disbursements for U.S. Trustee Fee Calculation | 18,933.55 | 0.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

PAGE 2
Rev. 2017-04

**DEBTOR:** Joseph G Gorski    **Case Number:** 19-11500-DER

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 3-31-20 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: Sandy Spring Bank | | | | |
| Last four digits of account | 5206 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| **Balance per Bank Statement at End of the Period** | 12,894.87 | | | |
| **TOTAL OF ALL ACCOUNTS AT END OF PERIOD** | 12,894.87 | | 0.00 | |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Are post petition mortgage payments current?    No [ ]    Yes [✓]
Do you have other past due post petition bills?    No [✓]    Yes [ ]
If yes, how much do you owe, including past due mortgage payments?    $
*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?    No [✓]    Yes [ ]
If yes, how much is owed to you?    $
*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

|  |
|---|
|  |
|  |
|  |
|  |
|  |
|  |

**DEBTOR:** Joseph G Gorski     **CASE #:** 19-11500-DER

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 3-1-20 to 3-31-20
(attach additional sheets as necessary)

Bank Name: Sandy Spring Bank     Last four digits of account number: 5206

A. For each <u>counter deposit</u> made during the period, record the following information:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 3/4/20 | AT+T | Settlement | 12.09 |
| 3/11/20 | MetLife | Dividend | 51.04 |
| 3/17/20 | Tradeways | Reimbursible Business Expense | 1,000.00 |
| 3/30/20 | Tradeways | Salary | 7,478.23 |

B. For <u>direct deposits</u> to your account which identify the source of the deposit, just record the grand total of all of these deposits.     8,541.36

C. Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.     0

**Total Cash Receipts**     $ 8541.36 0.00
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:** Joseph G Gorski          **CASE #:** 19-11508-DER

## CASH DISBURSEMENTS DETAIL

| The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. |
|---|

For Period: 3-1-20 to 3-31-20
(attach additional sheets as necessary)

Bank Name: Sandy Spring Bank     Last four digits of account number: 5206

**A.** For all <u>checks written</u>, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3/1/20 | 322 | Bank of America | Mortgage | 6930.91 |
| 3/2/20 | 323 | Ace Plumbing | Plumbing Repair | 1,127.00 |
| 3/3/20 | 324 | Nationwide | Insurance | 121.69 |
| 3/3/20 | 325 | Suntrust | 2nd Mortgage | 350.00 |
| 3/12/20 | 326 | BGE | Utilities | 373.41 |
| 3/16/20 | 327 | McNamee Hosea | Legal fees | 5,000.00 |
| 3/18/20 | 328 | Kaiser | Medical | 30.60 |
| 3/24/20 | 330 | AT&T | AT&T | 207.98 |

**B.** For <u>direct debits</u> to your account which identify the who is being paid, just record the grand total of all of these withdrawals        14,140.68

**C.** Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.        0

**Total Cash Disbursements**  $14,140.68 0.00
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** Joseph G Gorski  **Case #:** 19-11500-DER

**Date Case was filed:** 2-5-2019

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE:** These amounts are directly obtained from Page 2 of the associated MOR.

| | Year: 2019 | | | | Year: 2020 | | | |
|---|---|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | | Receipts-2 | Disb-2 | Net-2 | |
| Jan | 0 | 0 | 0 | 0 | 17,249 | 14,574 | 2655 | 0 |
| Feb | 21,700 | 19,157 | 2,543 | 0 | 27,053 | 12,395 | 14,658 | 0 |
| Mar | 19,980 | 7,001 | 12,779 | 0 | 11,851 | 18,974 | (-7,087) | 0 |
| Apr | 13,306 | 14,791 | (1,484) | 0 | | | | 0 |
| May | 29,456 | 25,676 | 3,780 | 0 | | | | 0 |
| Jun | 15,755 | 14,894 | 821 | 0 | | | | 0 |
| Jul | 11,026 | 14,719 | (-3,693) | 0 | | | | 0 |
| Aug | 15,454 | 20,676 | (-5,332) | 0 | | | | 0 |
| Sep | 47,026 | 53,646 | (-6,620) | 0 | | | | 0 |
| Oct | 42,237 | 16,710 | 25,527 | 0 | | | | 0 |
| Nov | 19,427 | 14,468 | 4,959 | 0 | | | | 0 |
| Dec | 26,648 | 39,611 | (-12,763) | 0 | | | | 0 |
| **TOTAL** | 262,015 | 241,409 | 20,606 | 0 | 56,153 | 45,923 | 10,230 | 0 |

**Sandy Spring Bank**
From here. For here.

Last statement: February 29, 2020
This statement: March 31, 2020
Total days in statement period: 31

Page 1 of 2
XX-XXXX52-06
(0)

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 21403
30145 0.5940 AV 0.389          87 7943

JOSEPH G GORSKI
DEBTOR IN POSSESSION CASE 19-11500-DER
400 FERRY POINT RD
ANNAPOLIS MD  21403-1306

Direct inquiries to:
800-399-5919

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## My Free Banking

Account number        XX-XXXX52-06
Low balance           $2,160.03
Average balance       $8,133.25

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 02-29 | Beginning balance | | | $15,059.46 |
| 03-02 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15486800<br>EXXONMOBIL 4786 2081 ANNAPOLIS MD<br>XXXXXXXXXXXX9417 SEQ # 378005865100 | | -57.31 | 15,002.15 |
| 03-02 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55457020<br>COLONIAL PARKING #1QPS WASHINGTO DC<br>XXXXXXXXXXXX9417 SEQ # 206388101254 | | -22.95 | 14,979.20 |
| 03-02 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310200<br>MARRIOTTKEYBRIDGEPRKG ARLINGTON VA<br>XXXXXXXXXXXX9417 SEQ # 207088500054 | | -25.00 | 14,954.20 |
| 03-03 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432860<br>Intuit *QuickBooks 800-446-8 CA<br>XXXXXXXXXXXX9417 SEQ # 200035198539 | | -40.00 | 14,914.20 |
| 03-04 | ' Deposit | 12.09 | | 14,926.29 |
| 03-04 | Check 187 | | -325.00 | 14,601.29 |
| 03-04 | ' Electronified Check<br>AT&T Services CHECKPAYMT<br>200304 0188 | | -207.98 | 14,393.31 |
| 03-05 | ' Electronified Check<br>Sunrise Medical CHECK PMTS<br>200305 0190 | | -100.68 | 14,292.63 |



**Sandy Spring Bank**
From here. For here.

JOSEPH G GORSKI  
March 31, 2020

Page 2 of 2  
XX-XXXX52-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-06 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55480770<br>WWW.CLICKJOY.CO 626290391 CA<br>XXXXXXXXXXXX9417 SEQ # 286553200269 | | -34.11 | 14,258.52 |
| 03-06 | Check  189 | | -40.00 | 14,218.52 |
| 03-06 | Check  322 | | -6,930.91 | 7,287.61 |
| 03-09 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25415750<br>FORREST DRIVE CITGO 43 ANNAPOLIS MD<br>XXXXXXXXXXXX9417 SEQ # 000638096566 | | -58.54 | 7,229.07 |
| 03-10 | ' Electronified Check<br>NATIONWIDE MUTUA CHECKPAYMT<br>200310 0324 | | -121.67 | 7,107.40 |
| 03-11 | ' Deposit | 51.04 | | 7,158.44 |
| 03-11 | Check  321 | | -275.00 | 6,883.44 |
| 03-12 | Check  325 | | -350.00 | 6,533.44 |
| 03-17 | ' Deposit | 1,000.00 | | 7,533.44 |
| 03-23 | Check  327 | | -5,000.00 | 2,533.44 |
| 03-24 | Check  326 | | -373.41 | 2,160.03 |
| 03-25 | ' ACH Credit<br>SSA TREAS 310 XXSOC SEC<br>200325 | 3,309.50 | | 5,469.53 |
| 03-25 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15486800<br>EXXONMOBIL 4786 2081 ANNAPOLIS MD<br>XXXXXXXXXXXX9417 SEQ # 378003490283 | | -52.89 | 5,416.64 |
| 03-30 | ' Deposit | 7,478.23 | | 12,894.87 |
| 03-31 | **Ending totals** | **11,850.86** | **-14,015.45** | **$12,894.87** |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 187 | 03-04 | 325.00 | 325 * | 03-12 | 350.00 |
| 189 * | 03-06 | 40.00 | 326 | 03-24 | 373.41 |
| 321 * | 03-11 | 275.00 | 327 | 03-23 | 5,000.00 |
| 322 | 03-06 | 6,930.91 | * Skip in check sequence | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with Sandy Spring Bank**