**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

**In re:**

| | | |
|---|---|---|
| **JOSEPH G. GORSKI,** | * | |
| | * | **Case No.  19-11500-DER** |
| **Debtor.** | * | **Chapter 11** |
| | * | |

**LINE ATTACHING RED-LINE OF AMENDED DISCLOSURE STATEMENT AND**
**AMENDED CHAPTER 11 PLAN IN ADVANCE OF HEARING ON JUNE 30, 2020**

Joseph G. Gorki, debtor and debtor-in-possession (the "Debtor"), files this Line attaching Red-Line of Amended Disclosure Statement and Amended Chapter 11 Plan in Advance of Hearing on June 30, 2020 and, in support thereof, states as follows.

1.      On March 15, 2020, the Debtor filed his Amended Disclosure Statement and Amended Chapter 11 Plan. [Docket Nos. 84 and 85].

2.      A hearing on the Disclosure Statement is scheduled on June 30, 2020.

3.      In an effort to narrow issues in advance of the June 30, 2020 hearing, the Debtor conferred with the United States Trustee.  Though the Debtor's filed Amended Disclosure Statement [Docket No. 84] addressed many of the United States Trustee's concerns, it did not address all of them.

4.      The Debtor has attached a red-line of a new proposed Amended Disclosure Statement, with further revisions aimed at addressing the remaining concerns raised by the United States Trustee.

5.      In addition to revisions to the text of the Amended Disclosure Statement, the Debtor added a new Exhibit D (Schedule of Distributions to General Unsecured Creditors) and made revisions to the existing attached Exhibits:

1

a. **Exhibit A-** Revised the Amended Chapter 11 Plan to correspond with the red-lined Amended Disclosure Statement.

b. **Exhibit B-** Revised the Financial Projections to (i) commence distributions on January 1, 2021 and (ii) attached a "water-fall" of how proceeds from the sale of the Debtor's real properties are to be disbursed.

c. **Exhibit C-** Updated the Active and Pipeline of Tradeways' transactions.

d. **Exhibit D** - Added a new Exhibit D, which is a Schedule of Distributions to Holders of Allowed Class 6 General Unsecured Claims.

e. **Exhibit E** - Amended the Liquidation Analysis.

6.   The attached red-line of the Disclosure Statement and attachments do not alter the treatment of Creditors, but is designed rather to address disclosure concerns of the United States Trustee and parties-in-interest.

Dated: June 29, 2020

MCNAMEE, HOSEA, JERNIGAN, KIM
GREENAN & LYNCH, P.A.

**/s/ Steven L. Goldberg**
Steven L. Goldberg (Fed Bar No. 28089)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770
Telephone:  (301) 441-2420
Facsimile: (301) 982-9450
sgoldberg@mhlawyers.com
*Attorneys for Joseph Gorski*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this **29th day of June, 2020**, a copy of the foregoing

Line has been served on the following:

**By Electronic Mail:**

- Katherine.a.levin@usdoj.gov    lynn.a.kohen@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.BA.ECF@USDOJ.GOV
- Nikita Joshi  bankruptcy@bww-law.com
- Dominique Sinesi Sinesi.dominique@dol.gov
- Jonathan Wall jwall@hwlaw.com

**By Facsimile Transmission:**

- M.H. Agent, Internal Revenue Service

**<u>/s/ Steven L. Goldberg</u>**
Steven L. Goldberg
