Exhibit C to Disclosure Statement

Tradeways' Active / Pending Transactions

The following is schedule of active orders and orders in the Pipeline. Tradeways has been working on the majority of these transactions for years.

| Customer[1] | Product | Approx. Gross Profit | Timing | Probability |
|---|---|---|---|---|
| Public | Mass Spectrometers | RECEIVED $670K | Q12020 | RECEIVED |
| Public | Mass Spectrometers | $518,126 | 2020 | 100%[2] |
| Public | Mass Spectrometers | $1,462,944 | 2021-2025 | 100%[3] |
| Public | Aircrew Ensemble F15/F16 | $1,000.000 | 2020-2021 | 80%[4] |
| Public | Aircrew Ensemble KFX | $1,000,000 | 2024 | 70% |
| Public | Detectors | $100,000 | 2020 | 90% |
| Public | Escape Masks | $40,000[5] | 2020 | 90% |
| Public | Aircrew Ensemble | $1,000,000 | 2021-2022 | 50% |
| Public | Detectors | $308,000 | 2020 | RECEIVED[6] |
| Public | Misc. Equipment | $600,000 | 2020-2021 | 70% |
| Public | Lab Equipment | $500,000 $6,529,070 | 2020-2021 | 70% |

---

[1] For confidentiality reasons, the name of the customer has been redacted and replaced with a designation as to whether the customer is a "public" or "private" entity.
[2] The Order was placed and will be shipped in August 2020.
[3] The Order was placed and will begin to be shipped in 2021.
[4] Contract is anticipated to be signed in August of 2020.
[5] Reduced due to COVID-19 from $243,000 to $40,000
[6] Order was for $616,000. Tradeways has received $308,000. The balance will be paid when balance of order ships.

Tradeways also has a number of smaller transactions in the pipeline in Japan, Taiwan, Singapore, India, Qatar, Sweden, Croatia and the Netherlands, which are expected to mature between 2021 and 2024.