| Fill in this information to identify the case: | |
|---|---|
| Debtor Name: Joseph G. Gurski | |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number: 19-11500 | |

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest
12/17

This is the *Periodic Report* as of 6/30/2020 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Vienna Establishments Ltd, T/A Trackways, LTD | 100% | |
| 184 Duke of Gloucester, LLC (owns Real property, but does not conduct other business operations) | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____   Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

Joseph Gorski
Printed name of Authorized Individual

Date 6 / 25 / 2020
    MM /  DD  / YYYY

**For individual Debtors:**

X _____    X _____
Signature of Debtor 1                              Signature of Debtor 2

Joseph Gorski
Printed name of Debtor 1                           Printed name of Debtor 2

Date 6 / 29 / 2020                                 Date _____
    MM /  DD  / YYYY                                  MM /  DD  / YYYY

FINANCIALS FOR 184 DUKE OF GLOUCESTER, LLC

# Income Statement
## 184 Duke of Gloucester LLC.
### January 1, 2020 - June 30, 2020

6/25/2020

**Income**

| | | |
|---|---|---:|
| Rents | $ | 1,000.00 |
| Total Income | $ | 1,000.00 |

**Expenses**

| | | |
|---|---|---:|
| Utilities | $ | 98.00 |
| Insurance | $ | 1,322.00 |
| Taxes | $ | 2,825.00 |
| Depreciation | $ | 3,676.00 |
| **Total** | $ | **7,921.00** |
| Income | $ | (6,921.00) |

This is a draft/estimate prepared by management. It is subject to updates by our accountants when they prepare the tax return which is due September 15, 2020.

## 184 Duke of Gloucester LLC
## Income Statement
### September 1, 2019 - November 30, 2019

Date 12/23/2019

|  | TOTAL |
|---|---:|
| **Income** | |
| Rents | $0.00 |
| **Total Income** | **$0.00** |
| | |
| **Expenses** | |
| Insurance | $ 698.10 |
| Utilities | $ 171.33 |
| Accounting | $ 2,500.00 |
| Taxes | $ 4,451.01 |
| **Total Expenses** | **$ 7,820.44** |
| | |
| **Income (Loss)** | **$ 7,820.44** |

This Statement was prepared by management based on the best available information. It has not been reviewed by our accountants. Some of the information is preliminary.

# 184 Duke of Gloucester LLC
## BALANCE SHEET
### As of December 31, 2019

|  |  | Date | 12/23/2019 |
|---|---|---|---|
|  |  |  | TOTAL |

### Assets

| | | | |
|---|---|---|---|
| Cash | | | $ (385.00) |
| Buildings | $ 286,747.00 | | |
| Less Accumulated depreciation | $ 109,977.00 | | $ 176,770.00 |
| Land | | | $ 317,838.00 |
| **Total Assets** | | | **$ 494,223.00** |

### Liabilities and Capital

| | | |
|---|---|---|
| Parners' Capital Accounts | | $ 494,223.00 |
| **Total Liabilities and Capital** | | **$ 494,223.00** |

The Source of this information: Accountants

# FINANCIALS FOR TRADEWAYS, LTD

# Income Statement
## Tradeways, Ltd.
### January 1, 2020 - June 30, 2020

25-Jun-20

**Income**

| | |
|---|---:|
| Sales | $ 4,282,904.00 |
| Cost of goods sold | $ 3,367,815.00 |
| Gross profit | $ 915,089.00 |

**Expenses**

| | |
|---|---:|
| Compensation of officers | $ 64,000.00 |
| Salaries and wages | $ 181,268.00 |
| Repairs and maintenance | $ 423.00 |
| Rents | $ 1,000.00 |
| Taxes and licenses . | $ 41,665.00 |
| Legal | $ 27,563.00 |
| Simple IRA | $ 30,000.00 |
| Accounting | $ 4,315.00 |
| Consultants | $ 44,000.00 |
| Telephone | $ 1,164.00 |
| Utilities | $ 2,247.00 |
| Bank Fees | $ 9,656.00 |
| Interest | $ 475.00 |
| Registration Fees | $ 4,750.00 |
| Employee Expenses | $ 17,453.00 |
| Translations | $ 10,096.00 |
| Office Expenses | $ 3,624.00 |
| Insurance | $ 2,750.00 |
| **Total deductions.** | $ **446,449.00** |
| **Profit** | $ **468,640.00** |

This is a draft/estimate prepared by management. It is subject to updates by
by our accountants when they prepare the tax return which is due September 15, 2020.