**DEBTOR:** Joseph G Gorski

**CASE NUMBER:** 19-11500-DER

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT - CHAPTER 11
INDIVIDUAL DEBTORS

☐ Check if this is an amended report.

COVER SHEET AND QUESTIONNAIRE - FORM 3

For Period from: 10-1-20 to 10-31-20

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. **Bank Statements for All Bank Accounts <u>open during any day during the period</u>**
   (remember to redact all but the last four digits of bank account number)

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| Question | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? <br>1a. If no, explain. | ✓ | |
| 2. Are all insurance policies current and in effect? <br>2a. If no, explain.** | ✓ | |
| 3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable? <br>3a. If no, explain.** | ✓ | |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? <br>5a. If yes, why?** | | ✓ |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? <br>7a. If yes, when will they be closed? | | ✓ |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 11/18/20

Signature (Debtor): *[signed]*
Print name: Joseph G Gorski

Signature (Co-Debtor):
Print name:

PAGE 1
Rev. 2017-04

Individual MOR 2017-04(form).xlsx

**DEBTOR:** Joseph G Gorski      **CASE NUMBER:** 19-11500-DER

**For Period from:** 10-1-20  **to** 10-31-20

### CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

1. **Beginning Cash Balance** ........................................... $ 62,203.91 (1) A

2. **Cash Receipts**

| | | |
|---|---|---|
| Wages | $ 6,872.83 | |
| Sole Proprietorship Revenues | | |
| Draws from owned entities other than Sole Prop | | |
| Rental Income | 1,431.00 | |
| Other  Social Security | 3,309.50 | |
| Other  Advance | 30,000 | |
| Total Cash Receipts for the month | $ 41,613.33 | 0.00  B |

3. **Cash Disbursements**

| | | |
|---|---|---|
| Primary residence: Rent or home mortgage payment | $ 5,850 | |
| Utilities and Communication related Expenses | 449.56 | |
| Home maintenance (repairs/upkeep/association dues) | 405. | |
| Food / Groceries / Housekeeping supplies | 683. | |
| Restaurants/Entertainment/Recreation | 548.42 | |
| Clothing / Laundry / Personal Care | 72. | |
| Charitable and Religious Contributions | | |
| Insurance payments | 124.38 | |
| Installment payments (including car payments) | | |
| Transportation related (gas, parking, tolls) | 115.32 | |
| Alimony, maintenance, support of others | | |
| Legal / Professional Fees / U.S. Trustee Fees | 324.88 | |
| Sole Proprietorship Expenses | | |
| Rental Property related: mortgages / expenses / repairs | | |
| Other  Medical/Dental | 668.92 | |
| Other  Taxes | 28,281. | |
| Other | | |
| Other | | |
| Miscellaneous | 200.20 | |
| Total Cash Disbursements for the month | $ 37,722.68 | 0.00  C |

4. **Net Cash Flow for Month**
   (Total Cash Receipts less Total Cash Disbursements)  (B - C)  3,890.65  0.00  D

5. **Ending Cash Balance**  (A + D) $ 66,094.59  0.00  E

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| Total Disbursements for the Month (from above) | 37,722.68 | 0.00 |
| Add: Any amounts paid on behalf of the debtor by others | 0 | |
| Disbursements for U.S. Trustee Fee Calculation | 37,722.68 | 0.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

PAGE 2
Rev. 2017-04

DEBTOR: Joseph G Gorski          Case Number: 19-1500-DER

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

Period ending: 10-31-20

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Sandy Spring Bank | | | |
| Last four digits of account | 5206 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | checking | | | |
| Balance per Bank Statement at End of the Period | 36,974.47 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | 36,974.47 | | 0.00 | |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Are post petition mortgage payments current?   No [ ]   Yes [✓]
Do you have other past due post petition bills?   No [✓]   Yes [ ]
If yes, how much do you owe, including past due mortgage payments?   $
*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?   No [✓]   Yes [ ]
If yes, how much is owed to you?   $
*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| |
|---|
| |
| |
| |
| |
| |
| |

**DEBTOR:** Joseph G Gorski        **CASE #:** 19-1500-DER

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 10-1-20 to 10-31-20
(attach additional sheets as necessary)

Bank Name: Sandy Spring Bank        Last four digits of account number: 5206

A. For each counter deposit made during the period, record the following information:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 10/6/20 | Lindsay Management | Rent | 715.50 |
| 10/13/20 | Social Security | Social Security | 405.00 |
| 10/27/20 | Lindsay Management | Rent | 715.50 |
| 10/30/20 | Social Security | Social Security | 3309.50 |
| 10/30/20 | Tradeways | Salary | 6872.83 |

B. For direct deposits to your account which identify the source of the deposit, just record the grand total of all of these deposits.        30,000.00

C. Deduct transfers between accounts made to this account included in Section A or B above.

**Total Cash Receipts** $42,018.33
This total should agree with Page 2

PAGE 4
Rev. 2017-04

DEBTOR: Joseph G Gorski         CASE #: 19-11500-DER

## CASH DISBURSEMENTS DETAIL

The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 10-1-20 to 10-31-20
(attach additional sheets as necessary)

Bank Name: Sandy Spring Bank         Last four digits of account number: 5206

A. For all <u>checks written</u>, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 10/1/20 | 433 | | | 1,972. |
| 10/2 | 430 | | | 1.37 |
| 10/5 | 423 | Felipe Alvarez | Grass | 135.- |
| 10/6 | 429 | Bank of America | Mortgage | 5,500.00 |
| 10/8 | 432 | | | 3.00 |
| 6/6 | 434 | Kaiser Permanente | Medical | 30.60 |
| 10/14 | 435 | Quickbooks | Accounting | 40.00 |
| 10/19 | 437 | Felipe Alvarez | Grass | 135.00 |
| 10/20 | 438 | | | 40.00 |
| 10/23 | 439 | | | 121.09 |
| 10/23 | 441 | | | 11.97 |
| 10/26 | 442 | | | 328.47 |
| 10/30 | 440 | | | 130.- |
| 10/20 | 448 | Bank of America | Mortgage | 5,500 |

B. For <u>direct debits</u> to your account which identify the who is being paid, just record the grand total of all of these withdrawals         2345.15

C. Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.         0

Total Cash Disbursements  $16,263.65 0.00
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

Debtor: Joseph G Gorski             Case #: 19-11500-DER

Date Case was filed: 2-5-2019

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE:** These amounts are directly obtained from Page 2 of the associated MOR.

| | Year: 2019 | | | Year: 2020 | | |
|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
| Jan | 0 | 0 | 0 | 17,249 | 14,594 | 2655 |
| Feb | 21,700 | 19,157 | 2,543 | 27,053 | 12,395 | 14,655 |
| Mar | 19,480 | 7,001 | 12,778 | 11,851 | 18,734 | (-7087) |
| Apr | 13,306 | 14,791 | (-1454) | 11,451 | 13,803 | (-2352) |
| May | 29,456 | 25,676 | 3,780 | 13,503 | 18,294 | (-4790) |
| Jun | 15,755 | 14,994 | 831 | 12,070 | 11,455 | 615 |
| Jul | 11,026 | 14,719 | (-3693) | 10,182 | 15,254 | (-5072) |
| Aug | 15,454 | 20,336 | (-5322) | 19,182 | 18,067 | 1115 |
| Sep | 47,026 | 53,646 | (-6620) | 19,182 | 18,067 | 1115 |
| Oct | 42,237 | 16,710 | 25,529 | 41,613 | 37,722 | 3891 |
| Nov | 19,427 | 14,680 | 4,959 | | | |
| Dec | 26,648 | 39,611 | (-12,763) | | | |
| TOTAL | 262,015 | 241,409 | 20,606 | 0 | 0 | 0 |



**Sandy Spring Bank**

From here. For here.

Last statement: September 30, 2020
This statement: October 31, 2020
Total days in statement period: 31

Page 1 of 4
XX-XXXX52-06
(0)

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 21403
14668 0.7880 AV 0.389          52 6015

JOSEPH G GORSKI
DEBTOR IN POSSESSION CASE 19-11500-DER
400 FERRY POINT RD
ANNAPOLIS MD  21403-1306

Direct inquiries to:
800-399-5919

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX52-06 |
| Low balance | $2,247.31 |
| Average balance | $10,077.38 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | $11,356.17 |
| 10-01 | Check 433 | | -1,972.00 | 9,384.17 |
| 10-02 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247800<br>BAY RIDGE WINE & SPIRI ANNAPOLIS MD<br>XXXXXXXXXXXX0862 SEQ # 000089004536 | | -88.94 | 9,295.23 |
| 10-02 | Check 430 | | -1.37 | 9,293.86 |
| 10-05 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55457020<br>COLONIAL PARKING #1QPS ALEXANDRI VA<br>XXXXXXXXXXXX0862 SEQ # 200288401039 | | -14.00 | 9,279.86 |
| 10-05 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432860<br>INT*QuickBooks Online 800-446-8 CA<br>XXXXXXXXXXXX0862 SEQ # 200342774651 | | -40.00 | 9,239.86 |
| 10-05 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0048U044<br>FALLS CHURCH CIT FALLS CHU VA<br>XXXXXXXXXXXX0862 SEQ # 889138 | | -21.02 | 9,218.84 |
| 10-05 | Check 423 | | -135.00 | 9,083.84 |
| 10-06 | ' Deposit | 715.50 | | 9,799.34 |
| 10-06 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432860<br>AUTOGRAPH HOTEL ALEXAN ALEXANDRI VA<br>XXXXXXXXXXXX0862 SEQ # 200873745193 | | -548.42 | 9,250.92 |
| 10-06 | Check 429 | | -5,500.00 | 3,750.92 |
| 10-06 | Check 432 | | -3.00 | 3,747.92 |
| 10-06 | Check 434 | | -30.60 | 3,717.32 |

# Sandy Spring Bank

From here. For here.

Last statement: September 30, 2020
This statement: October 31, 2020
Total days in statement period: 31

Page 1 of 4
XX-XXXX52-06
(0)

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 21403
14668 0.7880 AV 0.389         52 6015

JOSEPH G GORSKI
DEBTOR IN POSSESSION CASE 19-11500-DER
400 FERRY POINT RD
ANNAPOLIS MD  21403-1306

Direct inquiries to:
800-399-5919

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX52-06 |
| Low balance | $2,247.31 |
| Average balance | $10,077.38 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | $11,356.17 |
| 10-01 | Check 433 | | -1,972.00 | 9,384.17 |
| 10-02 | ' Debit Card Purchase | | -88.94 | 9,295.23 |
| | MERCHANT PURCHASE TERMINAL 25247800 | | | |
| | BAY RIDGE WINE & SPIRI ANNAPOLIS MD | | | |
| | XXXXXXXXXXXX0862 SEQ # 000089004536 | | | |
| 10-02 | Check 430 | | -1.37 | 9,293.86 |
| 10-05 | ' Debit Card Purchase | | -14.00 | 9,279.86 |
| | MERCHANT PURCHASE TERMINAL 55457020 | | | |
| | COLONIAL PARKING #1QPS ALEXANDRI VA | | | |
| | XXXXXXXXXXXX0862 SEQ # 200288401039 | | | |
| 10-05 | ' Debit Card Purchase | | -40.00 | 9,239.86 |
| | MERCHANT PURCHASE TERMINAL 55432860 | | | |
| | INT*QuickBooks Online 800-446-8 CA | | | |
| | XXXXXXXXXXXX0862 SEQ # 200342774651 | | | |
| 10-05 | ' Debit Card Purchase | | -21.02 | 9,218.84 |
| | POS PURCHASE TERMINAL 0048U044 | | | |
| | FALLS CHURCH CIT FALLS CHU VA | | | |
| | XXXXXXXXXXXX0862 SEQ # 889138 | | | |
| 10-05 | Check 423 | | -135.00 | 9,083.84 |
| 10-06 | ' Deposit | 715.50 | | 9,799.34 |
| 10-06 | ' Debit Card Purchase | | -548.42 | 9,250.92 |
| | MERCHANT PURCHASE TERMINAL 55432860 | | | |
| | AUTOGRAPH HOTEL ALEXAN ALEXANDRI VA | | | |
| | XXXXXXXXXXXX0862 SEQ # 200873745193 | | | |
| 10-06 | Check 429 | | -5,500.00 | 3,750.92 |
| 10-06 | Check 432 | | -3.00 | 3,747.92 |
| 10-06 | Check 434 | | -30.60 | 3,717.32 |



**Sandy Spring Bank**

From here. For here.

JOSEPH G GORSKI　　　　　　　　　　　　　　　　　　　　Page 3 of 4
October 31, 2020　　　　　　　　　　　　　　　　　　　　　XX-XXXX52-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 10-20 | Check 438 | | -40.00 | 2,380.37 |
| 10-23 | Check 439 | | -121.09 | 2,259.28 |
| 10-23 | Check 441 | | -11.97 | 2,247.31 |
| 10-26 | ' Wire IN | 30,000.00 | | 32,247.31 |
| | 202010260031345 TRADEWAYS, LTD | | | |
| | ANNAPOLIS, MD 2140 | | | |
| 10-26 | ' Wire Fee | | -12.00 | 32,235.31 |
| | 202010260031345 TRADEWAYS, LTD | | | |
| | ANNAPOLIS, MD 2140 | | | |
| 10-26 | ' Debit Card Purchase | | -72.00 | 32,163.31 |
| | MERCHANT PURCHASE TERMINAL 25247800 | | | |
| | BAY RIDGE WINE & SPIRI ANNAPOLIS MD | | | |
| | XXXXXXXXXXXX0862 SEQ # 002821111045 | | | |
| 10-26 | Check 442 | | -328.47 | 31,834.84 |
| 10-27 | ' Deposit | 715.50 | | 32,550.34 |
| 10-28 | ' ACH Credit | 3,309.50 | | 35,859.84 |
| | SSA TREAS 310 XXSOC SEC | | | |
| | 201028 | | | |
| 10-30 | ' Deposit | 6,872.83 | | 42,732.67 |
| 10-30 | ' Debit Card Purchase | | -86.20 | 42,646.47 |
| | MERCHANT PURCHASE TERMINAL 55417340 | | | |
| | TLF*UNIVERSITY FLOWER FAIRFAX VA | | | |
| | XXXXXXXXXXXX0862 SEQ # 163042462036 | | | |
| 10-30 | ' Debit Card Purchase | | -72.00 | 42,574.47 |
| | MERCHANT PURCHASE TERMINAL 25247800 | | | |
| | BAY RIDGE WINE & SPIRI ANNAPOLIS MD | | | |
| | XXXXXXXXXXXX0862 SEQ # 003613116301 | | | |
| 10-30 | Check 440 | | -100.00 | 42,474.47 |
| 10-30 | Check 448 | | -5,500.00 | 36,974.47 |
| 10-31 | **Ending totals** | 42,018.33 | -16,400.03 | $36,974.47 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 423 | 10-05 | 135.00 | 438 | 10-20 | 40.00 |
| 429 * | 10-06 | 5,500.00 | 439 | 10-23 | 121.09 |
| 430 | 10-02 | 1.37 | 440 | 10-30 | 100.00 |
| 432 * | 10-06 | 3.00 | 441 | 10-23 | 11.97 |
| 433 | 10-01 | 1,972.00 | 442 | 10-26 | 328.47 |
| 434 | 10-06 | 30.60 | 448 * | 10-30 | 5,500.00 |
| 435 | 10-14 | 40.00 | * Skip in check sequence | | |
| 437 * | 10-19 | 135.00 | | | |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com

**Sandy Spring Bank**

From here. For here.

JOSEPH G GORSKI
October 31, 2020

Page 4 of 4
XX-XXXX52-06

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with Sandy Spring Bank**

**Sandy Spring Bank**