DEBTOR: Joseph G Gorski     CASE NUMBER: 19-11500-DER

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**    ☐ Check if this is an amended report.
**INDIVIDUAL DEBTORS**

**COVER SHEET AND QUESTIONNAIRE - FORM 3**

For Period from: 4-1-21   to   4-30-21

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

**REQUIRED REPORTS / DOCUMENTS**
1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. **Bank Statements for All Bank Accounts open during any day during the period**
   (remember to redact all but the last four digits of bank account number)

**QUESTIONNAIRE**    Yes    No

Please answer the questions below for the month being reported:

1. Did you deposit all receipts into your DIP account this month?   ☑ Yes
1a. If no, explain. _____

2. Are all insurance policies current and in effect?   ☑ Yes
2a. If no, explain.** _____

3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable?   ☑ Yes
3a. If no, explain.** _____

4. Did you pay all your bills on time this month?   ☑ Yes

5. Did you borrow money from anyone or has anyone made any payments on your behalf?   ☑ No
5a. If yes, why?** _____

6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy?   ☑ No

7. Do you have any bank accounts open other than the DIP account?   ☑ No
7a. If yes, when will they be closed? _____

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 5/18/21    Signature (Debtor): /s/ Joseph G Gorski
                        Print name: Joseph G Gorski

                        Signature (Co-Debtor): _____
                        Print name: _____

PAGE 1
Rev. 2017-04

Individual MOR 2017-04(form).xlsx

**DEBTOR:** Joseph G Gorski     **CASE NUMBER:** 19-11500-DER

**For Period from:** 4-1-21 **to** 4-30-21

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

1. **Beginning Cash Balance**     $ 45,196.52 (1) A

2. **Cash Receipts**

    | Item | Amount |
    |---|---|
    | Wages | |
    | Sole Proprietorship Revenues | |
    | Draws from owned entities other than Sole Prop | |
    | Rental Income | 745 |
    | Other — Social Security | 3394.20 |
    | Other | |

    Total Cash Receipts for the month     $ 4139.20   B

3. **Cash Disbursements**

    | Item | Amount |
    |---|---|
    | Primary residence: Rent or home mortgage payment | 7450 |
    | Utilities and Communication related Expenses | 1,143.58 |
    | Home maintenance (repairs/upkeep/association dues) | 954 |
    | Food / Groceries / Housekeeping supplies | 720 |
    | Restaurants/Entertainment/Recreation | 74 |
    | Clothing / Laundry / Personal Care | 208.82 |
    | Charitable and Religious Contributions | |
    | Insurance payments | 159.76 |
    | Installment payments (including car payments) | |
    | Transportation related (gas, parking, tolls) | 169.07 |
    | Alimony, maintenance, support of others | |
    | Legal / Professional Fees / U.S. Trustee Fees | 325 |
    | Sole Proprietorship Expenses | |
    | Rental Property related: mortgages / expenses / repairs | |
    | Other — Medical | 696.28 |
    | Other — IRS | 3,000 |
    | Other — Dentist | 176 |
    | Other | |
    | Miscellaneous | 1138.14 |

    Total Cash Disbursements for the month     $ 16,214.65   C

4. **Net Cash Flow for Month** (Total Cash Receipts less Total Cash Disbursements) (B - C)   (-12,075.45)   D

5. **Ending Cash Balance** (A + D) $ 33,121.07   E

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 16,214.65 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| Disbursements for U.S. Trustee Fee Calculation | 16,214.65 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(1) Current month beginning cash balance should equal the previous month's ending balance.

PAGE 2
Rev. 2017-04

**DEBTOR:** Joseph G Gorski         **Case Number:** 19-11500-DER

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Sandy Spring Bank 5206 | | | |
| Last four digits of account | 5206 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Period | 9569.60 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | 9569.60 | | 0.00 | |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

| | No | Yes |
|---|---|---|
| Are post petition mortgage payments current? | | ✓ |
| Do you have other past due post petition bills? | ✓ | |
| If yes, how much do you owe, including past due mortgage payments? | | $ |

*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

| | No | Yes |
|---|---|---|
| Does anyone owe you any money? | ✓ | |
| If yes, how much is owed to you? | | $ |

*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

**DEBTOR:** Joseph G Gorski  **CASE #:** 19-11500-DER

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 4-1-21 to 4-30-21
(attach additional sheets as necessary)

**Bank Name** Sandy Spring Bank   **Last four digits of account number** 5206

A. For each <u>counter deposit</u> made during the period, record the following information:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4/29/21 | Lindsey | Rent | 745.00 |

B. For <u>direct deposits</u> to your account which identify the source of the deposit, just record the grand total of all of these deposits.   3394.20

C. Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.   0

**Total Cash Receipts**   $ 4,139.20   0.00
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:** Joseph C Gorski

**CASE #:** 19-11500-DER

## CASH DISBURSEMENTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 4-1-21 to 4-30-21
(attach additional sheets as necessary)

Bank Name: Sandy Spring Bank       Last four digits of account number: 5206

A. For all <u>checks written</u>, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 4/1/21 | 310 | IRS | Tax | 2,000 |
| 4/5/21 | 313 | IRS | tax | 3600 |
| 4/6 | 307 | McNamee Hosea | Attorney | 1500 |
| 4/8 | 311 | SunTrust | 2nd Mortgage | 350 |
| 4/9 | 312 | Bank of America | Mortgage | 7100 |
| 4/13 | 314 | Medstar | Medical | 288 |
| 4/13 | 315 | IRS | Tax | 1,000 |
| 4/27 | 319 | US Trustee | fee | 325 |
| 4/28 | 318 | BGE | Utilities | 329.99 |
| 4/9 | 316 | Nationwide | Insurance | 128.16 |

B. For <u>direct debits</u> to your account which identify the who is being paid, just record the grand total of all of these withdrawals       3,185.02

C. Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.       0

**Total Cash Disbursements**  $ 19,806.17  0.00
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** Joseph C Gorski   **Case #:** 19-11500-DER

**Date Case was filed:** 2-5-2019

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

| | Year: 2020 | | | Year: 2021 | | |
|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
| Jan | 17,249 | 14,594 | 2,655 | 10,880 | 24,232 | (-13,352) |
| Feb | 27,053 | 12,395 | 14,655 | 27,500 | 18,829 | 8,671 |
| Mar | 11,851 | 18,734 | (-7087) | 15,257 | 18,108 | (-2851) |
| Apr | 14,451 | 13,803 | 642 | 4,139 | 16,214 | (-12,075) |
| May | 13,503 | 18,294 | (-4791) | | | |
| Jun | 12,070 | 11,455 | 615 | | | |
| Jul | 10,182 | 15,254 | (-5072) | | | |
| Aug | 19,182 | 18,067 | 1,115 | | | |
| Sep | 19,182 | 18,067 | 1,115 | | | |
| Oct | 41,613 | 37,732 | 3,891 | | | |
| Nov | 10,943 | 17,622 | (-6679) | | | |
| Dec | 12,288 | 10,296 | 1,992 | | | |
| **TOTAL** | 209,567 | 206,303 | 3,264 | 0 | 0 | 0 |

PAGE 6
Rev. 2017-04



**Sandy Spring Bank**
From here. For here.

Last statement: March 31, 2021
This statement: April 30, 2021
Total days in statement period: 30

Page 1 of 4
XX-XXXX52-06
(0)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 21403
14691 0.7880 AV 0.398      51 7231

JOSEPH G GORSKI
DEBTOR IN POSSESSION CASE 19-11500-DER
400 FERRY POINT RD
ANNAPOLIS MD  21403-1306

Direct inquiries to:
800-399-5919

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX52-06 |
| Low balance | $5,973.13 |
| Average balance | $11,284.06 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-31 | Beginning balance | | | $25,355.57 |
| 04-01 | Check 310 | | -2,000.00 | 23,355.57 |
| 04-02 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>SQ *ROBERT ENELOW Washingto DC<br>XXXXXXXXXXXX7393 SEQ # 200924359113 | | -192.86 | 23,162.71 |
| 04-05 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 22303791<br>FORREST DRIVE CITGO 43 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 000161733242 | | -51.10 | 23,111.61 |
| 04-05 | Check 313 | | -3,600.00 | 19,511.61 |
| 04-06 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>D J*WALL-ST-JOURNAL 800-568-7 MA<br>XXXXXXXXXXXX7393 SEQ # 200200910857 | | -47.69 | 19,463.92 |
| 04-06 | Check 307 | | -1,500.00 | 17,963.92 |
| 04-07 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>TBE*BRADFORDEXREWARDS 877-518-2 IL<br>XXXXXXXXXXXX7393 SEQ # 200361915348 | | -14.95 | 17,948.97 |
| 04-07 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75337001<br>Chesapeake Pipe & Ciga Anapols MD<br>XXXXXXXXXXXX7393 SEQ # 300002513135 | | -74.13 | 17,874.84 |
| 04-07 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 08094689<br>NNT AAA CCITR 8800 000 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 109764011458 | | -29.39 | 17,845.45 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



**Sandy Spring Bank**

From here. For here.

JOSEPH G GORSKI  
April 30, 2021

Page 2 of 4  
XX-XXXX52-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-08 | Check  311 | | -350.00 | 17,495.45 |
| 04-09 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>COMCAST 800-COMCA MD<br>XXXXXXXXXXXX7393 SEQ # 200992018064 | | -568.90 | 16,926.55 |
| 04-09 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>TMOBILE*POSTPAID IVR 800-937-8 WA<br>XXXXXXXXXXXX7393 SEQ # 200920896384 | | -245.19 | 16,681.36 |
| 04-09 | Check  312 | | -7,100.00 | 9,581.36 |
| 04-12 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 22303791<br>FORREST DRIVE CITGO 43 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 001170746779 | | -65.40 | 9,515.96 |
| 04-12 | Check  314 | | -288.00 | 9,227.96 |
| 04-13 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 05831305<br>ARIA DENTAL OF ANNAPOL ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 510506 | | -176.00 | 9,051.96 |
| 04-13 | Check  315 | | -1,000.00 | 8,051.96 |
| 04-14 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>AUTOGRAPH HOTEL ALEXAN ALEXANDRI VA<br>XXXXXXXXXXXX7393 SEQ # 200204590052 | | -440.01 | 7,611.95 |
| 04-14 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 10619002<br>WHOLEFDS ASI 102 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 110400210240 | | -92.54 | 7,519.41 |
| 04-16 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75337001<br>Chesapeake Pipe & Ciga Anapols MD<br>XXXXXXXXXXXX7393 SEQ # 300002764554 | | -71.53 | 7,447.88 |
| 04-19 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0013<br>GIANT FOOD INC #167 94 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 895134 | | -69.43 | 7,378.45 |
| 04-19 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432861<br>Amazon Prime*MI4PR8KG3 Amzn.com/ WA<br>XXXXXXXXXXXX7393 SEQ # 200592722270 | | -13.77 | 7,364.68 |
| 04-19 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL D0470452<br>MACY'S 047 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 110800002140 | | -208.82 | 7,155.86 |
| 04-19 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0003<br>GIANT FOOD INC #194 23 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 976987 | | -17.56 | 7,138.30 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com



**Sandy Spring Bank**
From here. For here.

JOSEPH G GORSKI
April 30, 2021

Page 3 of 4
XX-XXXX52-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-20 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247801<br>BAY RIDGE WINE & SPIRI ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 002333118070 | | -70.08 | 7,068.22 |
| 04-21 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55436871<br>ARLINGTON METER PARKIN ARLINGTON VA<br>XXXXXXXXXXXX7393 SEQ # 731110722806 | | -2.55 | 7,065.67 |
| 04-22 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 22303791<br>FORREST DRIVE CITGO 43 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 002529698593 | | -52.57 | 7,013.10 |
| 04-22 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 30422519<br>CVS/PHARM 04225--975 B ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 556363 | | -29.99 | 6,983.11 |
| 04-23 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247801<br>BAY RIDGE WINE & SPIRI ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 002690057866 | | -74.12 | 6,908.99 |
| 04-26 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75418231<br>ANC*ANCESTRY DNA 800-26237 UT<br>XXXXXXXXXXXX7393 SEQ # 119598909993 | | -108.95 | 6,800.04 |
| 04-26 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 09490T41<br>WALGREENS 3106 SOLOMON EDGEWATER MD<br>XXXXXXXXXXXX7393 SEQ # 637863 | | -373.75 | 6,426.29 |
| 04-26 | ' Electronified Check<br>NATIONWIDE MUTUA CHECKPAYMT<br>210426 0316 | | -128.16 | 6,298.13 |
| 04-27 | Check 319 | | -325.00 | 5,973.13 |
| 04-28 | ' ACH Credit<br>SSA TREAS 310 XXSOC SEC<br>210428 | 3,394.20 | | 9,367.33 |
| 04-28 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0016<br>GIANT FOOD INC #167 94 ANNAPOLIS MD<br>XXXXXXXXXXXX7393 SEQ # 861825 | | -93.74 | 9,273.59 |
| 04-28 | Check 318 | | -329.99 | 8,943.60 |
| 04-29 | ' Deposit | 745.00 | | 9,688.60 |
| 04-30 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55506291<br>CALYX FLOWERS, INC. 207272357 ME<br>XXXXXXXXXXXX7393 SEQ # 200881400370 | | -119.00 | 9,569.60 |
| 04-30 | **Ending totals** | 4,139.20 | -19,925.17 | $9,569.60 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com


**Sandy Spring Bank**

From here. For here.

JOSEPH G GORSKI  
April 30, 2021

Page 4 of 4  
XX-XXXX52-06

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 307 | 04-06 | 1,500.00 | 314 | 04-12 | 288.00 |
| 310 * | 04-01 | 2,000.00 | 315 | 04-13 | 1,000.00 |
| 311 | 04-08 | 350.00 | 318 * | 04-28 | 329.99 |
| 312 | 04-09 | 7,100.00 | 319 | 04-27 | 325.00 |
| 313 | 04-05 | 3,600.00 | | | |

* Skip in check sequence

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with Sandy Spring Bank**

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com