Entered: August 26th, 2021
Signed: August 26th, 2021

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-11500-DER |
| JOSEPH G. GORSKI ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### ORDER COMPELING BANK OF NEW YORK MELLON TRUST COMPANY TO COMPLY WITH THE CONFIRMED PLAN, TO APPLY INSURANCE CHECK AND BOND TO LOAN

UPON CONSIDERATION of the Motion to Compel Bank of New York Mellon Trust Company to Comply with the Terms of the Confirmed Plan, to Apply Insurance Check to Loan, and to Release Bond (the "Motion"), any Opposition filed thereto, cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that within a reasonable time not to exceed thirty (30) days from the entry of this Order, Bank of New York Mellon Trust Company (the "Lender") shall modify the Debtor's Loan to conform to the Debtor's confirmed Second Amended Chapter 11 Plan; and it is further

**ORDERED**, that within ten (10) days of the entry of this Order, the Lender shall apply the insurance check in the original amount of $44,953.05 to the Debtor's Loan; and it is further

**ORDERED**, that within ten (10) days of the entry of this Order, the Lender shall cause the bond in the original amount of $5,403.70 to be released and applied to the Debtor's Loan.

Copies to:

Katherine.a.levin@usdoj.gov    lynn.a.kohen@usdoj.gov
US Trustee -  USTPRegion04.BA.ECF@USDOJ.GOV
Nikita Joshi  bankruptcy@bww-law.com
Dominique Sinesi Sinesi.dominique@dol.gov
Jonathan Wall jwall@hwlaw.com

**END OF ORDER**